# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROY ALAN HAMILTON,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-1493-Orl-31KRS**

**VIKING PROTECTIVE GROUP, INC.,
NICOLE BANKER and FRANK
ANDERSON,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Entry of Final Default Judgment (Doc. No. 15) filed April 27, 2007.

On July 5, 2007, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Final Default Judgment is GRANTED in part and DENIED in part.

3. The Clerk is directed to enter Judgment in favor of the Plaintiff Roy Alan Hamilton against the Defendants Viking Protective Group, Inc., Nicole Banker, and Frank Anderson, jointly and severally, in the total amount of $6,942.12 ($4,227.12 in both damages and liquidated damages, $2,250.00 in attorney's fees, and $465.00 in costs) and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 25th day of July, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE